UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) ) ) ) | FILE NO. 3:05-CV-92-H |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| EIC CONTRACTING and DISTRIBUTION, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

**THIS CAUSE** came before the Court upon the Secretary of Labor's Notice of Dismissal Without Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(i).

**THE COURT** being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** this 6th day of June, 2005.

_____
CARL HORN, III
U.S. Magistrate Judge

